No. 888. GILL *v.* LOUISIANA. April 26, 1937. Petition for writ of certiorari to the Supreme Court of Louisiana and motion for leave to proceed further *in forma*

*pauperis* denied. *Mr. William Gill, pro se.* No appearance for respondent.